VILLAGE OF TARRYTOWN, Respondent, v. TAPPAN AIRWAYS, INC., Appellant, and ANCHOR MOTOR FREIGHT N. Y. CORP., Subtenant.— In a summary proceeding to recover possession of real property leased by respondent to appellant, because of the use of the premises by appellant's subtenant for purposes not permissible under respondent's zoning ordinance, the appeal is from a final order of the County Court, Westchester County, in favor of respondent. Order unanimously affirmed, with costs. Appellant failed to establish that the zoning ordinance, insofar as it affects the demised premises, is unconstitutional. (Cf. *Rodgers* v. *Village of Tarrytown*, 302 N. Y. 115, 121, and cases cited therein.) Respondent may not waive the illegal use and, under the circumstances disclosed, is not estopped from asserting such illegality. (Cf. *Matter of A. C. Nurseries* v. *Brady*, 278 App. Div. 974; *47 East 74th St. Corp.* v. *Simon*, 188 Misc. 885; *2 West 32nd St. Corp.* v. *Levine*, 199 Misc. 1020, and *Commissioner of Banks* v. *Cosmopolitan Trust Co.*, 253 Mass. 205, 218.) Present — Nolan, P. J., Adel, Wenzel, Beldock and Murphy, JJ.

■

LEE JOSEFSBERG, Appellant, v. HARRY SCHWARTZ et al., Respondents.— In an action to recover commissions earned, plaintiff appeals from so much of an order made by an Official Referee upon an assessment of damages as limits the amount of his recovery to the sum of $2,500, and from so much of a judgment entered in pursuance of said order as limits plaintiff's recovery to the sum of $2,500, plus interest. Order and judgment, insofar as appealed from, unanimously affirmed, with costs upon the appeal from the judgment and without costs upon the appeal from the order. No opinion. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.

■

ROBERT METRICK COMPANY, INC., Appellant, v. JOE TEICH et al., Respondents. — In an action to recover damages for breach of an alleged contract for sale and delivery by defendants to plaintiff of certain doors and bucks, plaintiff appeals from a judgment entered upon dismissal of the complaint at the close of plaintiff's case. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See *post*, p. 891.]